ACCEPTED
12-15-00134-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/21/2015 2:28:37 PM
Pam Estes
CLERK

## NO. 12-15-00134-CV

| | | |
|---|---|---|
| **JOHNNY PEEVY** Appellant, | § § § | **IN THE TWELFTH** |
| **V.** | § § § | **COURT OF APPEALS** |
| **ROY GENE BUTLER** Appellee. | § § | **OF THE STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/21/2015 2:28:37 PM
PAM ESTES
Clerk

### SUPPLEMENT TO APPELLANT'S BRIEF
### CERTIFICATE OF COMPLIANCE

In compliance with Tex. R. App. P. 9.4(i)(3), I hereby certify the number of words in this document to be 1,808. This is the length of the document as defined by Tex. R. of App. P. 9.4(i)(1).

Respectfully submitted,

JOHN F. BERRY, P.C.
100 Independence Place, Suite 400
Tyler, Texas 75703
(903) 561-4200
FAX: (903) 561-8922
jfberry@suddenlinkmail.com

By: _____
John F. Berry
State Bar No. 02236650
Brian E. Richardson
State Bar No. 24068651

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2015, a copy of the foregoing was faxed to the following:

Ronnie Horsley
P O Box 7017
Tyler, Texas 75711
P:  903-593-7314
F:  903-593-3450
Attorney for Roy Gene Butler

Stephen Hubbard
605 S. Broadway
Tyler, Texas 75701
P:  903-533-0018
F:  903-597-7702
Attorney for Roy Gene Butler

_____
John F. Berry